\_\_\_FILED \_\_\_ENTERED
\_\_\_LODGED \_\_\_RECEIVED

MAR 16 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| DEUTSCHE FINANCIAL SERVICES CORPORATION, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> LEO J. MAURICIO, Individually and as ) <br> CO-TRUSTEE OF THE LEO J. MAURICIO and ) <br> DONNA C. MAURICIO REALTY TRUST, et al., ) <br> ) <br> Defendants ) <br> _____) | Civil WMN-95-3441 |

## <u>O R D E R</u>

Upon consideration of the Plaintiff's Motion to Dismiss Pre-Judgment Matters, and for good cause shown, it is this 15th day of March, 2000, by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff's Motion to Dismiss Pre-Judgment Matters, be, and the same hereby is, GRANTED; and it is further,

ORDERED, that the Amended Complaint and the Amended Counterclaim are hereby DISMISSED WITH PREJUDICE, each party to bear their own costs, fees, and expenses, pursuant to the terms of the Parties' Settlement Agreement, as set forth in the January 16, 1998 Order of the Circuit Court for the Fifteenth Judicial District in and for Palm Beach County Florida, in litigation styled <u>Deutsche Credit Corporation vs. Chesapeake Yacht Sales, Inc., et al.</u>, case number 96-437-Civ-AF, which Order is hereby made a part of this Order and shall be an Order of this case; and it is further,

ORDERED that all post-judgment matters in this case which were previously consolidated herewith from <u>Deutsche Financial Services Corp. v. Chesapeake Yacht Sales, Inc., et al.</u>, Civil WN-92-2377, in the United States District Court for the District of Maryland, shall continued to be stayed pending the completion of the terms of the parties' settlement agreement. A copy of the Order and the Parties' Florida Settlement Agreement shall be filed in the Companion Case.

_____
William M. Nickerson, District Judge

Copies to:

Douglas A. Rubel, Esquire
Poppleton, Garrett & Polott, P.C.
6430 Rockledge Drive, Suite 500
Bethesda, Maryland 20817

Alfred L. Scanlan, Jr., Esquire
Colleen Cavanugh, Esquire
Scanlin & Rosen, P.A.
26 South Street
Baltimore, Maryland 21202

James M. Towarnicky, Esquire
6810 Commerce Street, Suite 200
Springfield, Virginia 22150

dar/deutsche/MotDsmsPreJMatr-.doc